| | | |
|---|---|---|
| **KEVIN M. LYNN** | * | UNITED STATES COURT OF APPEALS |
| *Plaintiff-Appellee* | * | FOR THE FOURTH CIRCUIT |
| v. | * | |
| **MONARCH RECOVERY MANAGEMENT, INC.** | * | Appeal #13-2358 |
| | * | |
| *Defendant-Appellant* | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### KEVIN M. LYNN'S SUPPLEMENTAL AUTHORITY

Kevin M. Lynn, pursuant to FRAP 28(j), provides the following supplemental authority relevant to a key issue in this appeal. On March 28, 2014, after the parties had completed briefing, the Court of Appeals for the Eleventh Circuit issued an opinion in *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. Fla. 2014).

In section "4. Charge requirement" on pages 1256-1258, *Osario* addresses the issue of whether the called party must be charged for the call. Lynn briefed this issue on pages 7-11 of Lynn's Brief filed in this Court on January 16, 2014 by the undersigned. The Eleventh Circuit included a detailed discussion of the charge requirement and statutory construction of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A)(iii). *Osario* concluded at p. 1258 that "the phrase 'for which the called party is charged for the call' modifies only 'any service' and not the other terms of the series." *Osario* applied to the instant appeal would mean that any service, including Lynn's VOIP service for which he was charged for the calls made to him by Monarch Recovery Management, are included within the types of calls to which the TCPA's restrictions apply.

Respectfully submitted,
 /s/   *Michael C. Worsham*
Michael C. Worsham
1916 Cosner Road, Forest Hill, MD 21050-2210
(410) 557-6192
mcw @ worshamlaw.com

### CERTIFICATE OF SERVICE

On August 10, 2014 a copy of this document was filed through the Court's ECF system.
 /s/   *Michael C. Worsham*
Michael C. Worsham