| | | |
|---|---|---|
| **KEVIN M. LYNN** | * | UNITED STATES COURT OF APPEALS |
| | * | FOR THE FOURTH CIRCUIT |
| *Plaintiff - Appellee* | * | |
| v. | * | |
| **MONARCH RECOVERY MANAGEMENT, INC.** | * | Appeal #13-2358 (1:11-cv-2824-WDQ) |
| *Defendant-Appellant* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CORRECT OPINION

Michael C. Worsham moves for this Court to correct its October 2, 2014 Opinion in this appeal so as to correctly identify him as counsel for Appellee Lynn.

The section preceding the text of the Opinion which identifies the parties and their counsel did not identify Worsham as counsel for Plaintiff Kevin M. Lynn. Worsham alone represented Lynn throughout both the U.S. District Court for the District of Maryland and in this Fourth Circuit. Worsham prepared and filed the Brief in this Court, and as recently as August 10, 2014, electronically filed in this Court "Kevin M. Lynn's Supplemental Authority" (ECF Doc. 25). This supplemental case, *Osario v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. Fla. 2014), was specifically cited in the Court's Oct. 2, 2014 Opinion as part of the basis for its decision for affirming the summary judgment decision. Accordingly that same Opinion should identify Worsham as Kevin M. Lynn's counsel in this appeal.

Respectfully submitted,
*/s/ Michael C. Worsham*
Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 692-2749

## CERTIFICATE OF SERVICE

On October 16, 2014 a copy of this document was served via the ECF system on Bryan C. Shartle, Esq. and/or Michael D. Alltmont, Esq., Sessions, Fishman Nathan & Israel, LLC, 3850 North Causeway Boulevard, Suite 200, Two Lakeway Center, Metairie, LA 70002.

*/s/ Michael C. Worsham*
Michael C. Worsham